**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMERICAN AUTOMOBILE ASSOCIATION, INC.,

    Plaintiff,

v.

HOWARD JOHNSON EXPRESS INN, et al.,

    Defendants.

No. C 12-02384 JSW

**ORDER OF REFERRAL**

Pursuant to Northern District Civil Local Rule 72-1, Plaintiffs' motion for default judgment is HEREBY REFERRED to a randomly assigned Magistrate Judge for the purposes of preparing a report and recommendation on the motion. The hearing set for November 2, 2012 before this Court is VACATED. If the parties do not hear from the Court regarding an assignment within fourteen (14) days of the date of this Order, they should contact the Court's Courtroom Deputy, Jennifer Ottolini, at 415-522-4173.

**IT IS SO ORDERED.**

Dated: August 23, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Referral Clerk