**United States District Court**
For the Northern District of California

1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   AMERICAN AUTOMOBILE
    ASSOCIATION, INC.,
10                                                      No. C 12-02384 JSW

11              Plaintiff,

12      v.                                              **ORDER OF REFERRAL**

13   HOWARD JOHNSON EXPRESS INN, et al.,

14              Defendants.
    _____/

15

16          Pursuant to Northern District Civil Local Rule 72-1, Plaintiffs' motion for default

17   judgment is HEREBY REFERRED to a randomly assigned Magistrate Judge for the purposes

18   of preparing a report and recommendation on the motion.  The hearing set for November 2,

19   2012 before this Court is VACATED.  If the parties do not hear from the Court regarding an

20   assignment within fourteen (14) days of the date of this Order, they should contact the Court's

21   Courtroom Deputy, Jennifer Ottolini, at 415-522-4173.

         **IT IS SO ORDERED.**
22

23

24   Dated: August 23, 2012                     _____
                                                 JEFFREY S. WHITE
25                                               UNITED STATES DISTRICT JUDGE

26   cc:    Magistrate Judge Referral Clerk

27

28