# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN AUTOMOBILE ASSOCIATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> HOWARD JOHNSON EXPRESS INN, and DIGEN PATEL, <br><br> Defendants. | Case No. 12-cv-02384 JSW (NC) <br><br> **ORDER SETTING BRIEFING SCHEDULE FOR MOTION FOR DEFAULT JUDGMENT** <br><br> Re: Dkt. No. 18 |

District Judge White referred plaintiff American Automobile Association's motion for default judgment, Dkt. No. 18, to this court for report and recommendation. Dkt. No. 19. The court adopts the current briefing schedule with respect to the motion as follows: defendants must file their opposition to the motion on or before September 5, 2012. AAA must file a reply brief on or before September 12, 2012. The court will hold a hearing on the motion on November 2, 2012, at 1:00 p.m. in Courtroom A, 15th Floor, San Francisco.

IT IS SO ORDERED.

DATED: August 24, 2012

_____
NATHANAEL M. COUSINS
United States Magistrate Judge