Michael D. Adams (State Bar No. 185835)
madams@rutan.com
Zack Broslavsky (State Bar No. 241736)
zbroslavsky@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Plaintiff
AMERICAN AUTOMOBILE ASSOCIATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| AMERICAN AUTOMOBILE ASSOCIATION, INC., a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>HOWARD JOHNSON EXPRESS INN, an entity of unknown form, DIGEN PATEL, an individual, and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. CV12-02384 JSW (NC)<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE<br><br>Date: October 26, 2012<br>Time: 1:30 p.m.<br>Ctrm: 11<br>    450 Golden Gate Ave.<br>    San Francisco, CA<br><br>Date Action Filed: May 11, 2012<br>Trial Date: |
|---|---|

This matter is before the Court on Plaintiff's Request to Continue the Case Management Conference ("Request") currently set for October 26, 2012 at 1:30 p.m. in Courtroom 11 of the above-entitled court.

After consideration of Plaintiff's Request and good cause appearing therefore, this court GRANTS the Request.

It is hereby ordered that the Case Management Conference is ~~continued to~~ VACATED and will be reset by the Court at a later date if necessary.

Dated: October 17, 2012

_____
Hon. Jeffrey S. White
United States District Court Judge

[~~PROPOSED~~] ORDER GRANTING REQUEST
TO CONTINUE CASE MANAGEMENT
CONFERENCE

2314/017601-0072
4499488.1 a10/16/12

-1-

Rutan & Tucker, LLP
attorneys at law